United States District Court
Southern District of Texas
FILED

MAY 27 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. ROGERS | § § | MISCELLANEOUS |
| VS. | § § | NO. B-98-18 |
| SECRETARY OF THE TREASURY | § | |

## PETITION FOR REVIEW OF DENIAL OF RELIEF FROM DISABILITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL J. ROGERS, by and through his undersigned counsel, petitioning this Court to review the denial of relief from disabilities by the Secretary of the Treasury of the United States and would respectfully show as follows:

I.

Petitioner, MICHAEL J. ROGERS, is a resident of Hidalgo County, Texas.

II.

Respondent is the Secretary of the Treasury of the United States.

III.

Jurisdiction is conferred upon this Court by 18 USC 925(c).

IV.

Petitioner was convicted February 4, 1977 of the offense of conspiracy to possess with intent to distribute marijuana in the U.S. District court for the Southern District of Texas, Brownsville Division. Petitioner was sentenced to three (3) years imprisonment

and such sentence was completed successfully on May 10, 1977.

V.

Petitioner's record and reputation since completing such sentence have demonstrated that relieving him of the prohibition against possessing, shipping, transporting or receiving firearms would not result in him acting in a manner dangerous to public safety nor would such relief be contrary to the public interest.

VI.

On October 17, 1997, Petitioner applied to the Secretary of the Treasury for relief from disabilities pursuant to 18 USC 925(c) and such relief was denied on December 1, 1997.

VII.

Petitioner wishes, pursuant to 18 USC 925(c), to have a judicial review of such denial.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this matter be set or hearing and upon such hearing the decision of the Secretary of the Treasury be reversed and Petitioner be granted such other and further relief to which entitlement may be shown.

Respectfully submitted,

YZAGUIRRE & CHAPA
6521 N. 10th
McAllen, Texas 78504
(956) 682-4308
(956) 682-7864 (fax)

BY: _____
JOSE E. CHAPA, JR.
STATE BAR NO. 04115000
ADMISSIONS I.D. NO. 3981
ATTORNEY FOR PETITIONER