United States District Court
Southern District of Texas
FILED

AUG 05 1998

Michael N. Milby, Clerk of Court



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. ROGERS | § | |
| | § | |
| VS. | § | MISC. NO. B-98-018 |
| | § | |
| SECRETARY OF THE TREASURY | § | |

## MOTION FOR NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Petitioner, MICHAEL J. ROGERS, as Movant herein and brings this Motion for Non-Suit, and in support thereof, would show the court the following:

I.

Petitioner has brought the above-entitled and -numbered cause against the Secretary of the Treasury.

II.

Movant requests that the Court enter a non-suit on Petitioner's claim of MICHAEL J. ROGERS against the Secretary of the Treasury, without prejudice to refile same with costs of suit taxed to Movant.

Plaintiff's non-suit will not prejudice the rights of any remaining parties to the above-entitled and -numbered cause.

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court grant this motion and enter an Order granting the non-suit of Petitioner's claim of MICHAEL J. ROGERS against the Secretary of

the Treasury, without prejudice.

                    Respectfully submitted,

                    YZAGUIRRE & CHAPA
                    6521 N. 10th
                    McAllen, Texas 78504
                    (956) 682-6421
                    (956) 682-7864 (fax)

BY: _____
       ROBERTO J. YZAGUIRRE
       ADMISSIONS I.D. #4049
       STATE BAR #22234000
ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was delivered, via certified mail, return receipt requested, to the Office of the U.S. Attorney, P.O. Box 1671, Brownsville, Texas 78520, on August 4th, 1998.

_____
ROBERTO J. YZAGUIRRE