United States District Court
Southern District of Texas
ENTERED

AUG 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 10 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. ROGERS | § | |
| | § | |
| VS. | § | MISC. NO. B-98-018 |
| | § | |
| SECRETARY OF THE TREASURY | § | |

## O R D E R

On this day came on to be heard Defendant's Motion for Nonsuit in the above styled and numbered cause, and the Court after considering same, is of the opinion that said Motion should be GRANTED.

Dated this 10 day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE